UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20213-CR-KING

UNITED STATES OF AMERICA,

v.

ANGEL VERDIN,

Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court upon the January 10, 2012 Report and Recommendation (R&R) of Magistrate Judge Peter R. Palermo. (DE #102). Therein, Magistrate Judge Palermo recommends that court-appointed attorney Arthur Wallace receive $15,618.13 in compensation for his representation of Defendant Angel Verdin. Mr. Wallace has no objection. (DE #103). The Court has reviewed the R&R and finds that it contains well-reasoned recommendations.

Accordingly, upon due consideration, it is **ORDERED, ADJUDGED, and DECREED** that the Report and Recommendation (**DE #102**) be, and the same is hereby, **AFFIRMED and ADOPTED**. Compensation in the amount of $15,618.13 will be approved by separate Order of the Court.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of February, 2012.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Clerk of Court**
**Magistrate Judge Palermo**

*Counsel for Defendant*
**Arthur Louis Wallace, III**
2211 E. Sample Road
Suite 203
Lighthouse Point, FL 33064
954-943-2020
Fax: 781-1892
Email: WallaceLawFirm@Yahoo.com